694

■ ADELINE BULLARD, Respondent, v. OLYMPIA CICCARELLI, Appellant.— Appeal dismissed unless printed briefs are filed and served on or before June 15, 1959.

■ In the Matter of PHILIP GOLDFINGER, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Motion granted to appeal on one typewritten copy of proceedings before Special Term and five copies of typewritten brief, to be filed on or before May 5, 1959, and case set down for argument during week of May 11, 1959; stay continued pending hearing and determination on appeal.

■ In the Matter of the Estate of BETTY C. BRISTOL, Deceased. RILLA PUGH, as Executor, Appellant; WHITMORE BRISTOL, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before July 1, 1959.

■ In the Matter of CHRIS B. CHRISTENSEN et al., Doing Business as CHRISTENSEN & NIELSEN.— Motion granted and stay continued pending hearing and determination of appeal, on condition that appellant's printed records and briefs are filed and served on or before May 6, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID ALLEN, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JOHNSON, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND R. VOGEL, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PERRY E. WILLIAMS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT L. WILLIAMS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALLACE R. BRUNDAGE, Appellant.— Motion to reinstate appeal and for other relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD NOTEMAN, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion to reargue motion to appeal as a poor person, and for other relief, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. WILLIAMS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES McCANTS, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELGIN W. DE VEAUX, Appellant, against ROBERT E. MURPHY, as Warden, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARNEST D. COLEMAN, Appellant.— Motion granted to appeal on one typewritten record, etc., and Harold M. Halpern, Esq. assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL ALLEN TEMPLE, Appellant.— Motion granted to appeal on one typewritten record, etc., and Abraham Ziegler, Esq. of Syracuse assigned as counsel to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE L. HUGHES, JR., Appellant, against ROBERT E. MURPHY, as Warden, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.